# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER DIVISION**

C.A. No. 4:09-cv-40041

**SAMUEL CHENG,**
    Plaintiff/Defendant-in-Counterclaim

v.

**SUNOCO, INC. (R&M)**
    Defendant/Plaintiff-in-Counterclaim

## NOTICE OF SUGGESTION OF BANKRUPTCY

Defendant Sunoco, Inc. (R&M) (hereinafter "Sunoco") hereby submits this Notice of Suggestion of Bankruptcy. On or about March 10, 2005, Plaintiff Samuel Cheng (hereinafter "Mr. Cheng") filed a Bankruptcy Petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Massachusetts (Bankruptcy Case No. 05-11721). Due to the fact that trial in this matter is set to begin on April 4, 2011, Defendants are preparing an Emergency Motion to Dismiss based on this fact and will be filing the same by the end of business on March 21, 2011.

Respectfully Submitted,
SUNOCO, INC. (R & M),
By its Attorneys,

    /s/ Michael E. Levinson
John B. Reilly (BBO#545576)
Michael E. Levinson (BBO#666108)
John Reilly & Associates
100 North Main Street, 4th Fl.
Providence, RI 02903
Tel:   (401) 272-2800
Fax:  (401) 272-2811

## CERTIFICATION

It is hereby certified that on the **21st** day of **March, 2011**, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record will receive notice of the filing of this document electronically from the United States District Court for the District of Massachusetts:

**Nathaniel D. Pitnof, Esq.**
100 Grove Street, Suite 311
Worcester, Massachusetts 01605

                                                /s/ Michael E. Levinson
                                                  Michael E. Levinson